# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00088-CV

**Shannon Noble, Individually and as a General Partner of Stone Marketing & Imports; and Stone Marketing & Imports, Appellants**

**v.**

**Ginny Simpson and Roger Simpson, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
NO. GN003105, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING**

Appellants Shannon Noble, individually and as a general partner of Stone Marketing & Imports, and Stone Marketing & Imports filed an unopposed motion to dismiss this appeal, informing this Court that they no longer wish to prosecute their appeal. Accordingly, we grant appellants= motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellants= Motion

Filed: April 25, 2002

Do Not Publish